1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  CYNTHIA M. FREY (CABN 150571)
   Assistant United States Attorney
5
      450 Golden Gate Avenue
6     San Francisco, California
      Telephone:  (415) 436-7200
7     Facsimile: (415) 436-6982
      E-Mail: cynthia.frey@usdoj.gov
8
   Attorneys for Plaintiff
9

10              IN THE UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
11                     SAN FRANCISCO DIVISION

12
   UNITED STATES OF AMERICA,        )
13                                  )   No. CR-01-0352 MHP
                                    )
14          v.                      )
                                    )
15                                  )
   VINCENT ANTHONY PIAZZA,          )
16                                  )
                                    )
17          Defendant.              )
   _____)
18
   UNITED STATES OF AMERICA,        )   No. CR-09-0220 MHP
19                                  )
                                    )
20          v.                      )
                                    )   [PROPOSED] STIPULATION AND
21                                  )   ORDER CONTINUING SENTENCING
   VINCENT ANTHONY PIAZZA,          )
22                                  )   **Current Hearing Date: June 15, 2009**
                                    )   Time:          9:00 a.m.
23          Defendant.              )
   _____)   **Proposed Hearing Date: July 27, 2009**
24                                      Time:          9:00 a.m.

25       The above-captioned cases are currently scheduled for sentencing on Monday,

26  June 15, 2009 at 9:00 a.m.  Due to scheduling conflicts, the parties and the Probation

27  Officer have agreed to a continuance of the scheduled hearing for sentencing and jointly

28

   **[Proposed] Stipulation and Order Continuing Sentencing:**
   **U.S. v. Vincent Anthony Piazza  (01-0352 MHP)**
   **U.S. v. Vincent Anthony Piazza  (09-0220 MHP)**

1  request that this Court continue the sentencing hearing to Monday, June 15, 2009 at 9:00
2  a.m.
3       This request is made pursuant to Criminal Local Rule 32-2.  As of this date, the
4  final presentence report has not yet been filed and due to the scheduling conflicts, good
5  cause exists for the continuance of the sentencing hearing.  Crim. L.R. 32-2(a) - (a)(1).
6  Moreover, counsel for both parties and the probation officer have conferred and
7  confirmed their availability on July 27, 2009 at 9:00 a.m.  Additionally, on May 11, 2009,
8  the Courtroom Deputy Clerk confirmed the Court's availability for July 27, 2009.  Crim.
9  L. R. 32-2(a)(2)-(3).  A proposed order is attached hereto.  Crim. L.R. 32-2(a)(4).

12  IT IS SO STIPULATED.

14                                              /s/
15  DATED                               JOSEPH P. RUSSONIELLO
                                    United States Attorney
16                                    Northern District of California
                                   CYNTHIA M. FREY
17                                    Assistant United States Attorney

21                                              /s/
22  DATED                               GEOFFREY HANSEN
                                   Chief Assistant Federal Public Defender
23                                    Attorney for Vincent Anthony Piazza

1   For good cause shown and in accordant with Criminal Local Rule 32-2(a), the
2 hearing for sentencing on these matters, now scheduled for Monday, June 15, 2009 at
3 9:00 a.m., is vacated. The hearing shall be continued to Monday, July 27, 2009, at 9:00
4 a.m. for sentencing.

IT IS SO ORDERED.

 5/12/2009
DATED



[Proposed] Stipulation and Order Continuing Sentencing:
**U.S. v. Vincent Anthony Piazza  (01-0352 MHP)**
**U.S. v. Vincent Anthony Piazza  (09-0220 MHP)**          3